IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | **SUMMONS IN A CIVIL ACTION** |
| v. | ) ) ) | CASE NO.: 1:06-cv-1035-MEF |
| JULIE ILSLEY, d/b/a STOPNSHOPPOUTLET.COM, and FICTITIOUS DEFENDANTS 1-10, | ) ) ) ) | |
| Defendants. | ) ) | |

**TO DEFENDANT:** Julie Ilsley, d/b/a STOPNSHOPPOUTLET.COM
114 Boxwood Drive
Enterprise, Alabama 36330

**YOU ARE HEREBY SUMMONED** and required to serve on the following PLAINTIFF'S ATTORNEYS:

Helen Kathryn Downs (DOW019)
Lee M. Pope (POP008)
JOHNSTON BARTON PROCTOR & POWELL, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203 2615
Telephone: (205) 458-9400
Facsimile: (205) 458-9500
E-mail: lmp@jbpp.com
    hkd@jbpp.com

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
Clerk

*[signature]*
_____
(By) Deputy Clerk

11/17/2006
_____
Date

1

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]:

_____    _____
Name of Server (*PRINT*)                                                Date

_____
Title

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served:



☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

☐ Other (specify):

_____

## STATEMENT OF SERVICE FEES

Travel: _____
Services: _____
Total: _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____    _____
                   Date                                    Signature of Server


                                 _____
                                 Address of Server

---

1 As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.