**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| CHANEL, INC., A NEW YORK CORPORATION<br>Plaintiff / Petitioner | Cause #: 1:06-CV-1035-MEF |
| vs.<br>JULIE ILSLEY, DBA STOPNSHOPPOUTLET.COM, AND FICTITIOUS DEFENDANTS 1-10<br>Defendant / Respondent | Affidavit of Service of:<br>SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of 12/9/2006 at 7:37am at the address of 114 Boxwood Dr, city of Enterprise, county of Coffee, state of Alabama, this affiant served the above described documents upon:

**JULIE ILSLEY DBA STOPNSHOPPOUTLET.COM**

☒ **Personal Service**
by then and there personally delivering 1 true and correct copy(ies) thereof.

☐ **Corporate Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
<br>*Person Standing in the shoes of Their Title*

☐ **Substituted/Residential Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

Ernst Love
*Typed or Printed Name of Process Server*                    *Server Signature*

Subscribed and Sworn to before me this 11th day of December, 2006

Eva McBrata Lux
a Notary Public in the State of ALABAMA
Residing at Enterprise, Alabama
MCE: 04-13-2008

ABC Legal Services, Inc.
206-521-9000
Tracking #: 4213395

ORIGINAL
PROOF OF SERVICE

Gaffigan, Stephen M   (PFI)

Page 1 of 1