**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

| | |
|---|---|
| CHANEL, INC., a New York Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 06-cv-01035-MEF-SRW ) |
| JULIE ILSLEY, d/b/a STOPNSHOPPOUTLET.COM, *et al*, | ) ) ) |
| Defendants. | ) ) ) |

**INDEX OF EVIDENTIARY MATERIALS FILED ELECTRONICALLY**

Concurrent with the submission of this index, Plaintiff Chanel, Inc., ("Chanel") has e-filed a Motion for Final Default Judgment and Memorandum of Law in Support Thereof against Defendant Julie Ilsley d/b/a StopNShoppOutlet.com ("Motion for Default"). In accordance with the Civil Administrative Procedures governing the U.S. District Courts for the Middle District of Alabama, Chanel submits the following index of evidentiary materials and exhibits attached to the electronically filed Motion for Default:

| | Exhibit Letter/Number | Document Description |
|---|---|---|
| 1. | Exhibit A | Declaration of Helen Kathryn Downs |
| 2. | Exhibit B | Declaration of Jason Holmes |
| 3. | Exhibit C | Chanel Registrations for Trademarks |
| 4. | Exhibit D | Declaration of Adrienne Hahn Sisbarro |
| 5. | Exhibit E | Declaration of Robert Holmes |
| | • Exhibit 1 | Photograph of Evidence Purchased from Defendant |
| | • Exhibit 2 | Domain Name Search Results for Stopnshoppoutlet.com |

|   |   |   |
|---|---|---|
|   | • Exhibit 3 | Domain Name Search Results for LuvMyReplicabags.com |
| 6. | Exhibit F | Composite Pages from Defendant's Website |
| 7. | Exhibit G | Declaration of Lynnette Oka |
|   | • Exhibit 1 | Cease and Desist Letter to Defendant dated September 16, 2005 |
| 8. | Exhibit H | Declaration of Stephen M. Gaffigan |
|   | • Exhibit 1 | Cease and Desist Letter to Defendant dated December 22, 2005 |
|   | • Exhibit 2 | Cease and Desist Letter to Defendant dated March 31, 2006 |
| 9. | Exhibit I | Proposed Order of Default Judgment |

Dated this the 23rd day of March, 2007.

/s/ Helen Kathryn Downs
Helen Kathryn Downs (DOW019)
Attorney for Plaintiff Chanel, Inc.

**JOHNSTON BARTON PROCTOR & ROSE, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2615
Telephone: (205) 458-9400
Facsimile: (205) 458-9500
E-mail: hkd@johnstonbarton.com

**OF COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed a true and correct copy of the foregoing by United States mail, properly addressed and postage prepaid, to the following non-CM/ECF participant on this the 23rd day of March, 2007:

        Ms. Julie Ilsley
        *Pro Se* Defendant
        114 Boxwood Drive
        Enterprise, Alabama 36330

        /s/ Helen Kathryn Downs
        **OF COUNSEL**

W0596674.DOC