IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHANEL, INC., a New York Corporation ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JULIE ILSLEY, d/b/a ) <br> STOPNSHOPPOUTLET.COM, et al., ) <br> ) <br>    Defendants. ) <br> ) | Civil Action No. 1:06-cv1035-MEF-SRW |

### ENTRY OF DEFAULT

It appearing that defendant Julie Ilsley, d/b/a STOPNSHOPPOUTLET.COM. was duly served with copies of the summons and complaint on December 9, 2006, and said party has failed to answer or otherwise defend this action as set out in the Affidavit and the Request for Entry of Default Judgement as set out in the Affidavit of plaintiff's attorney filed on March 23, 2007

DEFAULT is hereby entered .against said defendant Julie Ilsley, d/b/a STOPNSHOPPOUTLET.COM.

DONE this   26th   day of March, 2007.


                                                 /s/ Debra P. Hackett
                                           DEBRA P. HACKETT
                                           CLERK, UNITED STATES DISTRICT COURT
                                           MIDDLE DISTRICT OF ALABAMA