**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

March 26, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Chanel, Inc. v. Julie Ilsley**

**Case Number: 1:06-cv-1035-MEF**

**Notice of Correction is filed this date to correct the the pdf document attached to #7 - Clerk's Entry of Default filed this date. The e-filed document is dated March 26, 2006 rather than March 26, 2007.**

**The corrected pdf document is attached to this Notice.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CHANEL, INC., a New York Corporation ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv1035-MEF-SRW |
| ) | |
| JULIE ILSLEY, d/b/a ) | |
| STOPNSHOPPOUTLET.COM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF DEFAULT

It appearing that defendant Julie Ilsley, d/b/a STOPNSHOPPOUTLET.COM. was duly served with copies of the summons and complaint on December 9, 2006, and said party has failed to answer or otherwise defend this action as set out in the Affidavit and the Request for Entry of Default Judgement as set out in the Affidavit of plaintiff's attorney filed on March 23, 2007

DEFAULT is hereby entered .against said defendant Julie Ilsley, d/b/a STOPNSHOPPOUTLET.COM.

DONE this ___26th___ day of March, 2007.


        /s/ Debra P. Hackett
    DEBRA P. HACKETT
    CLERK, UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF ALABAMA