IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) ) ) | |
| Plaintiff, ) ) | CASE NO. 06-cv-01035-MEF-SRW |
| v. ) ) | |
| JULIE ILSLEY, d/b/a STOPNSHOPPOUTLET.COM, and FICTITIOUS DEFENDANTS 1-10, ) ) ) ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Chanel, Inc. ("Chanel"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Order No. 00-3047, makes the following disclosures:

1. Chanel does not have any parent corporation.

2. No publicly held corporation owns 10% or more of the stock of Chanel.

Date: April 5, 2007.

/s/ Helen Kathryn Downs

Attorney for Plaintiff Chanel, Inc.

**JOHNSTON BARTON PROCTOR & ROSE, LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203 2615
Telephone:   (205) 458-9400
Facsimile:   (205) 458-9500
E-mail:      hkd@jbpp.com

**OF COUNSEL**

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have mailed a true and correct copy of the foregoing by United States mail, properly addressed and postage prepaid, to the following non-CM/ECF participant on this the 5th day of April, 2007:

    Ms. Julie Ilsley
    *Pro Se* Defendant
    114 Boxwood Drive
    Enterprise, Alabama 36330


      /s/ Helen Kathryn Downs
      **OF COUNSEL**

W0597956.DOC