IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

| | |
|---|---|
| Chanel, Inc. | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv1035-MEF |
| | ) |
| Julie Ilsley, etc. | ) |
| | ) |
|    Defendant. | |

## CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the United States District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 11th day of April, 2007, an Order of Final Default Judgment was entered against Julie Ilsley d/b/a STOPNSHOPPOUTLET.com awarding statutory damages to Chanel, pursuant to 15 USC 1117(c), against Defendant Ilsley in the amounts of two hundred fifteen thousand, nine hundred and fifty-five dollars and no cents ($215,955.00); and pursuant to 15 USC 1117(b), awarding attorney's fees to Chanel and against Defendant Ilsley of six thousand, three hundred ninety-six dollars and no cents ($6,396.00); and pursuant to 15 USC 1117(b) awarding investigative fees to Chanel and against Defendant Ilsley of one thousand, four hundred thirteen dollars and no cents ($1,413.00); and pursuant to 15 USC 1117(b) awarding costs to Chanel and against Defendant Ilsley of four hundred twenty-five dollars and no cents ($425.00) for which let execution issue, plus interest from the date this action was filed and shall accrue at the legal rate.

I do further certify that Helen Downs and Lee Pope of the firm Johnston, Barton, Proctor & Rose, LLP, Colonial Brookwood Center 569 Brookwood Village, Suite 901, Birmingham, AL 35209, are the attorneys of record for the plaintiff.

WITNESS my hand and seal of this court on this 16th day of October, 2007.

DEBRA P. HACKETT, CLERK
United States District Court
for the Middle District of Alabama


By:
　　　Deputy Clerk